## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TUBE INVESTMENTS OF INDIA LTD.<br><br>        Plaintiffs,<br><br>     v.<br><br>UNITED STATES,<br><br>        Defendant. | Court No.  21-00598 |

## COMPLAINT

Plaintiff Tube Investments of India Ltd. ("Plaintiff" or "TII"), by and through their counsel, allege and state the following:

### ADMINISTRATIVE DETERMINATION TO BE REVIEWED

1. This is an appeal from the final results issued by the U.S. Department of Commerce, International Trade Administration ("Commerce") in the less than fair value administrative review of certain cold-drawn mechanical tubing of carbon and alloy steel from India. *Cold-Drawn Mechanical Tubing of Carbon and Alloy Steel from India: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2019-2020*, 86 Fed. Reg. 59,982 (October 29, 2021) ("*Final Results*")

2. Commerce issued the *Final Results* on October 26, 2021 and notice thereof was published in the *Federal Register* on October 29, 2021, *Id.* The challenged determinations, findings, and conclusions are set out primarily in the accompanying "Issues and Decision

1

Memorandum" for the *Final Results. See* U.S. Department of Commerce Issues and Decision Memorandum from J. Maeder to Ryan Majerus (October 25, 2021).

## JURISDICTION

3.  This action is brought pursuant to 19 U.S.C. §1516a(a)(2)(A)(i)(I) and (a)(2)(B)(iii), to contest the *Final Results* issued by Commerce.

4.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1581(c) which confers upon this Court exclusive jurisdiction over civil actions commenced under 19 U.S.C. § 1516a(a)(2).

5.  Plaintiff seeks judicial review of certain portions of the final results of the antidumping duty administrative review of certain cold-drawn mechanical tubing from India, issued by Commerce.

## TIMELINESS OF THE ACTION

6.  Commerce issued the *Final Results* on certain cold-drawn mechanical tubing of carbon and alloy steel from India on October 29, 2021. *See Final Results*, 86 Fed. Reg. at 59,982.

7.  This action was commenced by the filing of a Summons on November 24, 2021, within 30 days after the publication of the *Final Results*. Plaintiff timely files this complaint within 30 days after the filing of the Summons pursuant to 19 U.S.C. § 1516a(a)(2)(A), 28 U.S.C. § 2636(c) and Rules 3 and 6 of the Rules of this Court. Accordingly, this action is timely commenced.

## STANDING

8.  Plaintiff TII is a foreign producer and exporter of certain cold-drawn mechanical tubing of carbon and alloy steel from India whose sales were reviewed by Commerce in the administrative review. *See Final Results,* 86 Fed. Reg. 59,982. Consequently, Plaintiff TII is an "interested party" as defined by 19 U.S.C. §§ 1516a(f)(3) and 1677(9)(A). Additionally, Plaintiff TII was a party to, and actively participated in, the administrative review which resulted in the contested *Final Results*. Accordingly, Plaintiff TII has standing pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c) as an interested party that was a party to the proceeding in connection with which this Complaint arises.

9.  Plaintiff TII is entitled to commence this action pursuant to 28 U.S.C. § 2631(c).

## STATEMENT OF FACTS

10. Plaintiff TII incorporates the allegations contained in paragraphs 1 through 9 as fully set forth herein.

11. In response to a timely filed request for review, Commerce initiated an antidumping duty administrative review of certain cold-drawn mechanical tubing from India for the period June 1, 2019 to May 31, 2020. *See Initiation of Antidumping and Countervailing Administrative Reviews*, 85 Fed. Reg. 47,731 (Dep't Commerce Aug. 6, 2020).

12. Commerce issued TII its initial questionnaire and several supplemental questionnaires. Plaintiff submitted to Commerce timely responses to each of Commerce's questionnaires and provided all requested information and explanations.

13. On June 28, 2021, Commerce published in the *Federal Register* its preliminary determination, in which Commerce determined a preliminary antidumping duty

margin of 13.06 percent for TII.  *See Certain Cold-Drawn Mechanical Tubing of Carbon and Alloy Steel from India: Preliminary Results of Antidumping Duty Administrative Review; 2019-2020*, 86 Fed. Reg. 33,980 (Dep't Commerce Jun. 28, 2021) ("Preliminary Results of Review".

14.     In calculating the preliminary antidumping duty margin for TII, Commerce deducted from U.S. price an amount for duties of 25 percent imposed pursuant to the Presidential Proclamation 9894 under Section 232 of the Trade Expansion Act of 1962, as amended ("section 232 duties").  By deducting section 232 duties, Commerce reduced TII's U.S. price and thereby increased TII's antidumping duty margin significantly.

15.     On August 11, 2021, TII timely submitted its case brief, in which it objected to the deduction of section 232 duties.  TII argued that the section 232 duties should not be deducted from U.S. price because section 232 duties were not ordinary customs duties.

16.     On October 26, 2021, Commerce issued its final results of review, and its accompanying "Issues and Decision Memorandum."  The final results were published in the *Federal Register* on October 29, 2021.

17.     In the *Final Results*, Commerce continued to deduct section 232 duties from TII's U.S. price and continued to determine a final antidumping duty margin of 13.06 percent for TII.

18.     This appeal followed.

## **STATEMENT OF CLAIMS**

19.     Plaintiff, TII hereby incorporates the allegations contained in paragraphs 1 through 18 as full set forth herein.

20. In the following respects and for other reasons apparent from the record of the proceeding, the contested *Final Results* is not supported by substantial evidence on the record or otherwise not in accordance with law.

## COUNT ONE

21. Paragraphs 1 through 20 are incorporated by reference.

22. Commerce's determination to deduct from the price of TII's U.S. sales an amount for section 232 duties is not supported by substantial evidence on the record and is otherwise not in accordance with the law.

## PRAYER FOR RELIEF

WHEREFORE, and as challenged herein, Plaintiffs respectfully request that this Court: (a) hold that Commerce's *Final Results* are unsupported by substantial evidence and otherwise not in accordance with law;

(b) remand the *Final Results* with instructions to recalculate TII's antidumping duty margin in conformity with the Court's decision; and

(c) grant Plaintiffs such additional relief as the Court may deem just and proper.

Respectfully submitted,

/s/ Nithya Nagarajan
Nithya Nagarajan
Husch Blackwell, LLP

750 17th St., NW Suite 900
Washington, D.C. 20006
(202) 378 – 2409
Nithya.Nagarajan@huschblackwell.com

Dated: December 27, 2021

## CERTIFICATE OF SERVICE

*Tube Investments of India Ltd. v. United States*, Court No. 21-00598

I hereby certify on this 27th day of December, 2021, I have served a copy of this submission via certified mail, return receipt requested, on the parties listed below, unless otherwise noted:

| | |
|---|---|
| Attorney-in-Charge<br>U.S. Department of Justice<br>International Trade Field Office<br>26 Federal Plaza - Room 346<br>Civil Division<br>New York, NY 10278 | Supervising Attorney Commercial<br>Litigation Branch Civil Division<br>U.S. DEPARTMENT OF JUSTICE<br>1100 L Street, NW<br>Washington, DC 20530 |
| General Counsel Office of the General<br>Counsel U.S. Department of Commerce<br>14th & Constitution Avenue, NW<br>Washington, DC. 20230 | David C. Smith, Esq.<br>Kelley Drye & Warren LLP<br>3050 K Street, NW<br>Washington, DC 20007-5108 |
| Ned H. Marshak, Esq.<br>Grunfeld Desiderio Lebowitz Silverman Klestadt, LLP<br>1201 New York Avenue NW<br>STE 650<br>Washington DC 20005 | Catharine M. Parnell<br>U.S. Department of Justice Civil Division<br>Commercial Litigation Branch<br>PO Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044 |

/s/ Nithya Nagarajan
Nithya Nagarajan